In the Matter of GEORGE R. CAFISO et al., Respondents, v. PHILIP CORSO, as Sheriff of the County of Suffolk, et al., Appellants.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.